# Third District Court of Appeal

## State of Florida

Opinion filed April 30, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0313
Lower Tribunal No. F10-6731
_____


**Michael Parks,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County,  Miguel M. de la O, Judge.

Michael Parks, in proper person.

James Uthmeier, Attorney General, and  Ivy R. Ginsberg, Assistant Attorney General, for appellee.


Before FERNANDEZ, MILLER and GOODEN, JJ.

PER CURIAM.

Affirmed. See Eustache v. State, 248 So. 3d 1097, 1100-01 (Fla. 2018) (holding, upon revocation of a youthful offender's probation for a substantive violation, the trial court is authorized to either impose another youthful offender sentence with no minimum mandatory, or to impose an adult Criminal Punishment Code sentence, which would require imposition of any minimum mandatory term of incarceration associated with the offense of conviction); Parks v. State, 256 So. 3d 969, 970 (Fla. 3d DCA 2018).